# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>v.<br><br>IGNACIO MANUEL GASTELLO,<br><br>                             Defendant. | Case No.:  11-cr-4246-WQH<br><br>**ORDER** |

HAYES, Judge,

    IT IS HEREBY ORDERED that the unopposed Motion to Terminate Supervised Release (ECF No. 56) is granted.

Dated: April 17, 2023

                                            Hon. William Q. Hayes
                                            United States District Court